UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWEN HARTY,<br><br>                  Plaintiff,<br>v.<br><br>ENSIGN REALTY ASSOCIATES LLC,<br><br>                  Defendant. | No. 15-CV-8650 (KMK)<br><br><u>CALENDAR NOTICE</u> |

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for oral argument on Plaintiff's Motion for Attorneys' Fees and Litigation Costs before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, August 27, 2020 at 11:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: For the week of August 24, 2020, the Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749; Access Code: 7702195. Please enter the conference as a guest by pressing the pound sign (#). Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: August 14, 2020
       White Plains, New York

                                                            KENNETH M. KARAS
                                                            UNITED STATES DISTRICT JUDGE