UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OWEN HARTY,

                    Plaintiff,

          v.

ENSIGN REALTY ASSOCIATES LLC,

                    Defendant.

Case No. 15-CV-8650 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on September 14, 2020, the

Court grants as modified Plaintiff's Motion for Attorneys' Fees, Costs, and Litigation Expenses.

Plaintiff is granted $19,314.40 in attorneys' fees and litigation expenses, which is comprised of

$18,272.00 in attorneys' fees and $1,042.40 in other fees, costs, and expenses.

The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 52).

SO ORDERED.

DATED:          September 14, 2020
               White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE