UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OWEN HARTY, Individually,

    Plaintiff,

v.

ENSIGN REALTY ASSOCIATES LLC, A New York Limited Liability Company,

    Defendant.

Case No. 7:15-cv-08650-KMK

## (~~PROPOSED~~) JUDGMENT

AND NOW, this 28th day of December, 2020, upon consideration of our Order of September 14, 2020 (Dkt. 66) granting as modified Plaintiff's Motion for Attorneys' Fees, Costs, and Litigation Expenses, JUDGMENT IS ENTERED in favor of the plaintiff Owen Harty and against defendant Ensign Realty Associates, LLC, in the amount of $19,314.40 in attorneys' fees and litigation expenses, which is comprised of $18,272.00 in attorneys' fees and $1,042.40 in other fees, costs, and expenses.

SO ORDERED.

DATED: December 28, 2020
White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing (PROPOSED) JUDGMENT was filed electronically with the Court and thereby served by e-mail transmission to counsel for Defendant.

Dated: December 28, 2020          /s/ *John F. Ward*
                                  John F. Ward, Esquire